UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VAPORSTREAM, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>SNAP INC. d/b/a SNAPCHAT, INC.<br><br>   Defendant. | Miscellaneous Case No.<br><br>Case pending in the Central District of California No. 2:17-cv-002200-MLH-KSx |

# NONPARTY HOPEHEALTH'S MOTION TO TRANSFER CONSIDERATION OF A MOTION TO QUASH SUBPOENAS TO THE ISSUING COURT OR, ALTERNATIVELY, TO QUASH SUBPOENAS

Pursuant to Fed. R. Civ. P. 45(f), HopeHealth, a nonparty, files this motion to transfer consideration of a motion to quash the subpoenas ("Subpoenas") served on it by Snap Inc. d/b/a Snapchat, Inc. ("Snapchat"), in connection with *Vaporstream Inc. v. Snap Inc.*, No. 2:17-cv-00220-MLH-KS, to the U.S. District Court for the Central District of California (the "Issuing Court"). In the alternative, HopeHealth moves pursuant to Fed. R. Civ. P. 45(d)(3) to quash the Subpoenas. In support of its motion, HopeHealth contemporaneously files a Memorandum of Reasons.

                                              Respectfully submitted,

                                              HOPEHEALTH

                                              By its attorneys,

Dated: April 26, 2018              By:     */s/ E. Page Wilkins*

                                              E. Page Wilkins, BBO #654535
                                              Harley Racer, BBO #688425
                                              LURIE FRIEDMAN LLP
                                              One McKinley Square
                                              Boston, MA 02109
                                              Telephone: (617) 367-1970
                                              Facsimile: (617) 367-1971
                                              pwilkins@luriefriedman.com
                                              hracer@luriefriedman.com

                                              Meng Xi (*pro hac vice* pending)
                                              SUSMAN GODFREY L.L.P.
                                              1900 Avenue of the Stars, Suite 1400
                                              Los Angeles, CA 90067
                                              Telephone: 310-789-3100
                                              mxi@susmangodfrey.com

                                              Attorneys for Nonparty HopeHealth

## **LOCAL RULE 7.1(A)(2) CERTIFICATE**

     I certify that, in compliance with Local Rule 7.1(a)(2), counsel for HopeHealth has conferred with counsel for Snapchat and have attempted in good faith to resolve or narrow the issues that are the subject of this motion.

Dated: April 26, 2018

                                                                            */s/ E. Page Wilkins*

5776539v1/014580

## LOCAL RULE 37.1 CERTIFICATE

I certify that, in compliance with Local Rule 37.1, Michael Adamson and Meng Xi, counsel for HopeHealth, conferred with Lam Nguyen and Azadeh Morrison of Snapchat via telephone in the afternoon on April 25, 2018. During the conference, Ms. Xi communicated to counsel for Snapchat that its subpoenas sought irrelevant information and documents and were unduly burdensome. Ms. Xi requested that Snapchat withdraw its subpoenas, but counsel for Snapchat declined. Ms. Xi then informed Snapchat that HopeHealth intended to move to quash Snapchat's subpoenas.

Dated: April 26, 2018

/s/ E. Page Wilkins

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed with the Clerk of Court via its CM/ECF system. A true copy of the foregoing was served via email on the following counsel:

Heidi L. Keefe
Mark R. Weinstein
Reuben H. Chen
Lam K. Nguyen
Lauren J. Krickl
Elizabeth L. Stameshkin
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Email: hkeefe@cooley.com
Email: mweinstein@cooley.com
Email: rchen@cooley.com
Email: lnguyen@cooley.com
Email: lkrickl@cooley.com
Email: lstameshkin@cooley.com

Attorneys for Defendant
SNAP INC. d/b/a SNAPCHAT, INC.

Dated: April 26, 2018

/s/ E. Page Wilkins